
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
JUL 07 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Miranda D. Chaudhry
(Name of the plaintiff or plaintiffs)

v.

Amazon MDW2 Fulfillment Center
(Name of the defendant or defendants)

CIVIL ACTION

NO. 17-CV-04882

Amended Complaint Re-Dacted

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Miranda D. Chaudhry of the county of Cook in the state of Illinois.
3. The defendant is Amazon MDW2 Fulfillment Center, whose street address is 401 East Layaway Road, (city) Joliet (county) Will (state) Illinois (ZIP) 60433

   (Defendant's telephone number) (866) – 495-8567
4. The plaintiff sought employment or was employed by the defendant at (street address) 401 East Layaway Road (city) Joliet (county) Will (state) Illinois (ZIP code) 60433

RECEIVED

JUN 29 2017 DV

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Miranda D. Chaudhry

(Name of the plaintiff or plaintiffs)

v.

Amazon MDW2 FulFillment Center

(Name of the defendant or defendants)

CIVIL ACTION

Case No. 1:17-cv-04882
Judge Ronald A. Guzman
Magistrate Judge Sheila M. Finnegan

RE-DActed

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is Miranda D. Chaudhry of the county of Cook in the state of ILLinois.

3. The defendant is Amazon MDW2 FulFillment Center, whose street address is 401 East Layaway Road, (city) Joliet (county) Will (state) Illinois (ZIP) 60433

(Defendant's telephone number) (866) - 495- 8567

4. The plaintiff sought employment or was employed by the defendant at (street address) 401 East Layaway Road (city) Joliet (county) Will (state) Illinois (ZIP code) 60433

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)__________, (day)_______, (year)________.

7.1 ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) May (day) 10 (year) 2017.

(ii) ☑ the Illinois Department of Human Rights, on or about (month) June (day) 20 (year) 2017.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

        defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_______________ (day)_______ (year) _________

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)___________

(day) _________ (year) __________.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ■ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_May_ (day)_22_ (year)_2017_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [***check only those that apply***]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): ______________________________

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Retaliation and Coercion: A complaint according to provisions of this Agreement or exercised, OR is exercising, her rights under this Agreement OR the ADA 42 U.S.C. § 12203.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [***check only those that apply***]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): Restitution of Law For victims of Crime, For stolen identity theft and vandalism of Property

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Additional Attached Sheet Page 5

## Question #13

The facts supporting the plaintiff's claim of discrimination are as follows:

1. Burglar of home with medical records stolen without point of entrance police report #17-00879 DATED 01/25/2017.
2. Unknown person came to door in Sauk Village mocking calling my name report #17-02761 DATED 03/15/2017 After I resigned from hostile work enviroment DATED 03/13/2017.
3. Suspicious activity vehicle with four surveillance equipment license number E89 3451 black car report #2017-00007411 DATED 05/16/2017.
4. Vandalized car driver mirror at walmart report #17SHO5349 DATED 05/16/2017. Showed up atfer 05/10/2017 filing of EEOC complaint.
5. Vandalized car front bumper report #17-05879 DATED 06/08/2017.
6. Second home burglar without point of entrance with identity thief of wallet and document dvd cd-rom computer drive, police reoprt 17-06557 DATED 06/26/2017

But my credit report file is on freeze and I change bank accounts to prevent thief.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

Miranda D. Chaudhry
(Plaintiff's signature)

Miranda D Chaudhry
(Plaintiff's name)

21619 Cynthia Avenue
(Plaintiff's street address)

(City) Sauk Village (State) Illinois (ZIP) 60411

(Plaintiff's telephone number) (708) – 269-5438

Date: June 29, 2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[X] EEOC 440-2017-03441

Illinois Department Of Human Rights and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Miranda Chaudhry | (708) 269-5438 | 1961 |

Street Address City, State and ZIP Code

teno, IL 60950

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| AMAZON | 500 or More | (866) 495-8567 |

Street Address City, State and ZIP Code

401 East Laraway Road, Joliet, IL 60433

RECEIVED EEOC

MAY 10 2017

CHICAGO DISTRICT OFFICE

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: Latest: 03-13-2017

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**I began my employment with Respondent on or about October 20, 2015. My most recent position was Universal Receiver/Problem Solver. Respondent is aware of my disability. During my employment, I was subjected to harassment. I complained to no avail. Subsequently, on or about March 13, 2017, I was constructively discharged.**

**I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 10, 2017 — Miranda Chaudhry

*Date* *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Miranda Chaudhry**
[redacted]
**Manteno, IL 60950**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2017-03441** | **Seth Sinclair, Investigator** | **(312) 869-8130** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

**Julianne Bowman,**
**District Director**

5/22/17
*(Date Mailed)*

Enclosures(s)

cc: **AMAZON**
**c/o Neil M. Alexander, Shareholder**
**Littler Mendelson, P.C. Global Services Center**
**2301 McGee Street, Suite 800**
**Kansas City, MO 64108**

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Miranda Chaudhry**
[redacted]
**Manteno, IL 60950**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2017-03441** | **Seth Sinclair, Investigator** | **(312) 869-8130** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature] 5/22/17

**Julianne Bowman,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc: **AMAZON**
**c/o Neil M. Alexander, Shareholder**
**Littler Mendelson, P.C. Global Services Center**
**2301 McGee Street, Suite 800**
**Kansas City, MO 64108**

Incident#: 17-00879

**OFFICIAL SWORN POLICE REPORT**

# Sauk Village Police Department

| STATION COMPLAINT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| 0625 (Residential Burglary) | | | | 17-00879 |
| REPORT TYPE | RELATED CAD # | | DESCRIPTION | |
| Non Criminal Report | C17-002920 | | 0625 | |
| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
| | [redacted] Sauk Village, IL 60411 | | | |
| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
| E911 | 01/25/2017 06:10 | 01/25/2017 06:07 | | |

**INVOLVED ENTITIES**

| NAME | DOB | AGE | ADDRESS |
|---|---|---|---|
| chaudhry, miranda d | [redacted] | 55 | [redacted] Sauk Village, IL 60411 |

| SEX | RACE | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|
| F | Black, African American | | | | |

| SID # | DL # | IR # | DL State | FBI # | ALT PHONE |
|---|---|---|---|---|---|
| | [redacted] | | IL | | |

| CLOTHING | Handcuff Double Locked | Prints Taken | Criminal History |
|---|---|---|---|
| | | | |

| UCR | TYPE | RELATED EVENT # |
|---|---|---|
| | | |

**NARRATIVES**

**PRIMARY NARRATIVE**

SUBJECT ALLEGED MEDICAL DOCUMENTS WERE REMOVED FROM HOME. HOUSE CHECKED SECURE. NOTHING FURTHER

| REPORTING OFFICER | UNIT # | SUPERVISOR | UNIT # |
|---|---|---|---|
| Vaughan, Andrew | AV133 | Langan, Scott | SL57 |

**ASSISTING OFFICERS**

| OFFICERS | UNIT # |
|---|---|
| Tomalis, Ronald | RT112 |
| Langan, Scott | SL57 |

Incident#: 17-02761

# OFFICIAL SWORN POLICE REPORT

# Sauk Village Police Department

| STATION COMPLAINT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| 9444 (Reports) | | | | 17-02761 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION |
|---|---|---|
| Non Criminal Report | C17-009371 | Reports |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) |
|---|---|
| | [redacted] Sauk Village, IL 60411 |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Telephone | 03/15/2017 07:45 | 03/15/2017 07:44 | | |

**INVOLVED ENTITIES**

| NAME | DOB | AGE | ADDRESS |
|---|---|---|---|
| chaudhry, miranda d | [redacted] | 55 | [redacted] Sauk Village, IL 60411 |

| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE |
|---|---|---|---|---|---|---|
| F | Black, African American | | | | | |

| SID # | DL # | IR # | DL State | FBI # |
|---|---|---|---|---|
| | [redacted] | | IL | |

| CLOTHING | Handcuff Double Locked | Prints Taken | Criminal History |
|---|---|---|---|
| | | | |

| UCR | TYPE | RELATED EVENT # |
|---|---|---|
| | Complainant | |

**NARRATIVES**

**PRIMARY NARRATIVE**

The listed complainant advised, she quit her job in Joliet on 03/13/2017 because of harassment and a hostile work environment. C/S at approximately 0500 hours, an unknown subject came to her door at her residence. C/S she did not see a vehicle or the subject. C/S when her husband arrived home at approximately 0630 hours, they discovered foot prints in the snow, previously undisturbed. C/S she feels it was related to her previous work. I advised the complainant I would document this incident. Nothing further.

| REPORTING OFFICER | UNIT # | SUPERVISOR | UNIT # |
|---|---|---|---|
| Hufnagl, Mike | MH134 | Mieszczak, Chris | CM59 |

# Incident Report

**Print Date/Time:** 05/18/2017 11:48
**Login ID:** blockwood

Manteno PD
**ORI Number:** IL0460500

**Incident:** 2017-00007411

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 5/16/2017 11:27:18 AM | **Incident Type:** | SUSPICIOUS ACTIVITY |
| **Location:** | 269 N MAIN ST<br>Manteno IL 60950 | **Venue:** | Manteno |
| **Phone Number:** | | **Source:** | Officer |
| **Report Required:** | No | **Priority:** | High |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 620 | 0890-Reynolds |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| | Complainant | CHAUDHRY, MIRANDA D | | | | Female | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Offender | | | | | | E893451 | IL |

Disposition(s)

| Disposition | Count |
|---|---|
| Assign Complete - No Report | 1 |
| Referred to Other Agency | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Incident#: 17-00879

# OFFICIAL SWORN POLICE REPORT

# Sauk Village Police Department

| STATION COMPLAINT UCR/Offense Code | | | INCIDENT # |
|---|---|---|---|
| 0625 (Residential Burglary) | | | 17-00879 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION |
|---|---|---|
| Non Criminal Report | C17-002920 | 0625 |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) |
|---|---|
| | [redacted] |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| E911 | 01/25/2017 06:10 | 01/25/2017 06:07 | | |

**INVOLVED ENTITIES**

| NAME | DOB | AGE | ADDRESS |
|---|---|---|---|
| chaudhry, miranda d | [redacted] | 55 | [redacted] Sauk Village, IL 60411 |

| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE |
|---|---|---|---|---|---|---|
| F | Black, African American | | | | | |

| SID # | DL # | IR # | DL State | FBI # |
|---|---|---|---|---|
| | [redacted] | | IL | |

| CLOTHING | Handcuff Double Locked | Prints Taken | Criminal History |
|---|---|---|---|
| | | | |

| UCR | TYPE | RELATED EVENT # |
|---|---|---|
| | | |

**NARRATIVES**

**PRIMARY NARRATIVE**

SUBJECT ALLEGED MEDICAL DOCUMENTS WERE REMOVED FROM HOME. HOUSE CHECKED SECURE. NOTHING FURTHER

| REPORTING OFFICER | UNIT # | SUPERVISOR | UNIT # |
|---|---|---|---|
| Vaughan, Andrew | AV133 | Langan, Scott | SL57 |

**ASSISTING OFFICERS**

| OFFICERS | UNIT # |
|---|---|
| Tomalis, Ronald | RT112 |
| Langan, Scott | SL57 |

Screen Image of 111.6.92 generated by stacka at 15:49:06 05/16/17

Incident
Incident Number 17SH05349 Nature Property Damage
Case Number Image
Address□1555 US 41
City SCHERERVILLE State IN ZIP 46375
Area SHA2F Map 2F Contact

Complainant
Numbr 060N23130
Last CHAUDHRY Fst MIRANDA Mi
DOB [redacted] SSN - - Adr [redacted]
Race B Sx F Tel ( ) - Cty Manteno S ȝ50

Details
Offense/Statute PDNV
Reported PDNV Observed
Circumstances
Rspndg Officers STACK A
Rspnsbl Officer STACK A Agency SHPD CAD Call ID 17SC14988
Received By HENRIKSON K Last RadLog 15:47:42 05/16/17 29
How Received T Telephone Clearance
When Reported 15:34:24 05/16/17 Disposition ACT Disp Date 05/16/17
Occurrd between 15:34:20 05/16/17 Judicial Sts
and 15:34:20 05/16/17 Misc Entry
CaseOff
MO:

Narrative
Narrative:
Supplement: